

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

November 10, 2021

Filko Prugo
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
T +1 212 596 9787

**BY ECF**

The Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1330
New York, NY 10007

Re:   **Sarepta Therapeutics, Inc. et al. v. BioMarin Leiden Holding BV et al., 1:21-cv-7534: Request to Adjourn Preliminary Conference**

Dear Judge Koeltl:

In accordance with Your Honor's Individual Practices regarding requests for adjournment, I write on behalf of Plaintiffs Sarepta Therapeutics, Inc. and International Holdings Two, Inc. (collectively, "Plaintiffs") to respectfully request a brief adjournment of the Initial Conference, from December 1, 2021 to January 10, 2022. The parties are in the advanced stages of settlement talks, and Plaintiffs submit this request to allow the parties to attempt to resolve this matter before participating in the Initial Conference and preparing a Rule 26(f) report. This is the first request for adjournment. Defendants have consented to this request.

Respectfully submitted,

/s/ Filko Prugo
Filko Prugo

*Initial Conference adjourned from 10/1/21 to 1/18/22 at 4:00 P.M.  So ordered.*

*[signature] John G. Koeltl*
*11/11/21  U.S.D.J.*